Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Movant Randall Johnson appeals the judgment denying his Rule 24.035 motion after an evidentiary hearing on remand from this Court. *Johnson v. State*, 962 S.W.2d 892 (Mo.App. E.D.1998). We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Movant Frank Phillips appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(j)(1995). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**Frank PHILLIPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74511.

Missouri Court of Appeals,
Eastern District,
Division One.

May 11, 1999.

Donald R. Hoff, St. Louis, for appellant.

■

**Albert R. HILL, Plaintiff/Respondent,**

v.

**Alice Ruth WILDEBRANDT,
Defendant/Appellant.**

No. 74479.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 11, 1999.

Schwartz & Ochs, P.C., Clifford Schwartz, St. Louis, for appellant.

Casserly Jones, P.C., Mark Brittingham, St. Louis, for respondent.